```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08192
   EVANGELINA ZAVALA
   LUIS E PELAYO                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8828     SSN XXX-XX-7432
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/04/07 and confirmed on 07/06/07.

2. The case was converted to Chapter 7 after confirmation, 11/11/2008.

3. The Debtor paid a total of $ 12493.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 37138.30 | .00 | 11919.18 |
| DUPAGE COUNTY COLLECTOR | PRIORITY | .00 | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2115.64 | .00 | .00 |
| ARTURO ACEVEDO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 3789.07 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DICK & FLORENCE NOGAJ | UNSECURED | 3800.00 | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| GUTIERIEZ TRAVEL | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| LDG FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1746.56 | .00 | .00 |
| IRVING 202 CORP | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| NATIONAL ACTION FIN SRV | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 274.45 | .00 | .00 |
| RICARDO GARCIA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 253.50 | .00 | .00 |
| TRUE FAMILY AUTO | UNSECURED | NOT FILED | .00 | .00 |

```
MIRACLE FINANCIAL          UNSECURED        NOT FILED              .00           .00
MIRACLE FINANCIAL          UNSECURED        NOT FILED              .00           .00
MAGES & PRICE              UNSECURED        NOT FILED              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  37138.30           .00     11979.22          .00      49117.52
PRINCIPAL PAID      11919.18           .00           .00         .00      11919.18
INTEREST PAID            .00           .00           .00         .00            .00
TOTAL PAID          11919.18           .00           .00         .00      11919.18
```

The Debtor's attorney, STEVEN H MEVORAH & ASSOC    , was allowed $       .00
and was paid $      .00 .

The Trustee received $    573.82 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 07 B 08192 EVANGELINA ZAVALA & LUIS E PELAYO